

**Brian L. Moffet**
410-385-3656
bmoffet@milesstockbridge.com

May 17, 2021

***VIA CM/ECF ONLY***

The Honorable Deborah L. Boardman
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

Re: <u>Terrence Lyles, et al. v. M&T Bank</u>
<u>Civil Action No. DLB-21-994</u>

Dear Judge Boardman,

I write on behalf of all Parties in the above referenced case to jointly request early ADR. Counsel have conferred and agreed that a settlement conference with a magistrate judge is appropriate and could be beneficial in resolving the dispute. However, counsel also concur that early ADR will have the greatest chance of success if the discussions take place before the parties engage in costly discovery and other pre-trial litigation. Accordingly, in addition to asking Your Honor to refer this case to a magistrate judge for mediation, the parties also jointly request an order staying the case pending mediation. In the event mediation is not successful, the parties will submit a proposed Scheduling Order within seven days after the conclusion of mediation.

We appreciate the Court's consideration of this request and are prepared to answer any questions that the Court may have.

Respectfully,

*/s/ Brian L. Moffet*

cc: All Counsel of Record (via CM/ECF)